PROB 12C  
(6/16)

Report Date: October 25, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 26, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Alvaro Gaitan | Case Number: 0980 1:19CR02043-SAB-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 19, 2020

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 37 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlan A. Baunsgard | Date Supervision Commenced: April 20, 2022 |
| Defense Attorney: | Christina Wong | Date Supervision Expires: April 19, 2025 |

### PETITIONING THE COURT

To issue a warrant.

On April 20, 2022, the offender's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.<br><br>**Supporting Evidence**: The offender is alleged to have violated standard condition number 5 by failing to reside at his approved residence and failing to notify the probation officer of his change in residence within 72 hours.<br><br>On October 21, 2022, this officer contacted the director of the clean and sober house where Mr. Gaitan was authorized to reside. At that time, the undersigned was informed that the offender was locked out of his room on or about October 19, 2022, and he failed to respond to efforts to reach him. The probation officer was further advised that Mr. Gaitan had not stayed at the residence since approximately October 17, 2022, and no additional information regarding his whereabouts was known. |

Prob12C
Re: Gaitan, Alvaro
October 25, 2022
Page 2

| | | |
|---|---|---|
| 2 | **Special Condition #6**: | You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 6, by failing to report to Pioneer Human Services (PHS) for urinalysis testing on October 19, 2022.

The probation officer received email correspondence from PHS indicating the offender failed to report for urinalysis testing on October 19, 2022.

3   **Special Condition #5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by failing to attend his substance abuse treatment sessions at PHS on October 3, 10, 17, 19, 21 and 24, 2022.

The probation officer received email correspondence from PHS indicating the offender failed to attend scheduled group treatment sessions at PHS on October 3, 10, 17, 19, 21 and 24, 2022.

4   **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** The offender is alleged to have violated special condition number 6, by ingesting controlled substances, cocaine and marijuana, on or about October 20, 2022.

On October 21, 2022, this officer was notified by PHS that Mr. Gaitan contacted his treatment counselor on October 20, 2022, to advise he had relapsed on cocaine and marijuana. In response, his counselor secured a bed for him at the Spokane Regional Stabilization Center; however, he never reported to the facility.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 25, 2022

s/ Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
**Re: Gaitan, Alvaro**
**October 25, 2022**
**Page 3**

THE COURT ORDERS

[ ]     No Action
[X]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     Other

Signature of Judicial Officer

10/26/2022

Date