PROB 12C
(6/16)

Report Date: November 29, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 29, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Alvaro Gaitan | Case Number: 0980 1:19CR02043-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Airway Heights, Washington 99001 | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 19, 2020

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 37 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(April 11, 2023) | Prison - 30 days<br>TSR - 35 months | | |
| Asst. U.S. Attorney: | Michael Davis Murphy | Date Supervision Commenced: | April 17, 2023 |
| Defense Attorney: | Juliana Van Wingerden | Date Supervision Expires: | March 16, 2026 |

## PETITIONING THE COURT

To issue a summons.

On April 24, 2023, the offender's conditions were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court.  You must contribute to the cost of treatment according to your ability to pay.  You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by failing to attend scheduled treatment sessions at Pioneer Human Services (PHS) on November 13, November 15, November 16, November 20 and November 22, 2023. |

Prob12C
**Re: Gaitan, Alvaro**
**November 29, 2023**
**Page 2**

                The probation officer received email correspondence from PHS indicating that Mr. Gaitan failed to report for his scheduled substance abuse treatment sessions on November 13, 15,16, 20 and 22, 2023.

2      **Special Condition #2:** You must complete a mental health evaluation and follow any recommended treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

           **Supporting Evidence**: The offender is alleged to have violated special condition number 2, by failing to attend his scheduled mental health evaluation on November 14 and 20, 2023.

           The probation officer received email correspondence from Robert Shepard indicating that Mr. Gaitan failed to report for two scheduled appointments for his mental health evaluation on November 14 and 20, 2023.

3      **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision.

           **Supporting Evidence**: The offender is alleged to have violated standard condition number 13, by failing to follow the probation officer's instructions on November 21, 2023.

           On November 21, 2023, the probation officer instructed Mr. Gaitan to contact Robert Shepard on that same date to reschedule his mental health evaluation.

           On November 27, 2023, the undersigned contacted Mr. Gaitan to follow-up on his appointment for his mental health evaluation. At that time, he advised the probation officer that he forgot to contact Robert Shepard on November 21, 2023, as previously instructed.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

                I declare under penalty of perjury that the foregoing is true and correct.

                Executed on:    November 29, 2023

                              s/ Lori Cross

                              Lori Cross
                              U.S. Probation Officer

Prob12C
Re: Gaitan, Alvaro
November 29, 2023
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

11/29/2023

Date