PROB 12C
(6/16)

Report Date: January 5, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 08, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Alvaro Gaitan | Case Number: 0980 1:19CR02043-SAB-1 |
| Address of Offender: | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 19, 2020

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 37 months<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Revocation Sentence:<br>(April 11, 2023) | Prison - 30 days<br>TSR - 35 months | | |
| Asst. U.S. Attorney: | Michael Davis Murphy | Date Supervision Commenced: April 17, 2023 | |
| Defense Attorney: | Juliana M. Van Wingerden | Date Supervision Expires: March 16, 2026 | |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/29/2023.

On April 24, 2023, the offender's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 5:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court.  You must contribute to the cost of treatment according to your ability to pay.  You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by failing to attend scheduled substance abuse group treatment sessions at Pioneer Human Services (PHS) on December 18,  20, 21, 27, and 28, 2023, and January 3, 2024.  He also failed to attend his scheduled individual substance abuse group treatment sessions on December 6, 2023, and January 3, 2024. |

Prob12C
Re: Gaitan, Alvaro
January 5, 2024
Page 2

                    The probation officer received email correspondence from PHS indicating Mr. Gaitan failed to report to their facility for his scheduled group treatment sessions on December 18, 20, 21, 27, and 28, 2023, and January 3, 2024. PHS also reported that he failed to attend his scheduled individual sessions on December 6, 2023, and January 3, 2024.

5        **Standard Condition # 7:** You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

            **Supporting Evidence:** The offender is alleged to have violated standard condition number 7, by failing to notify the probation officer of the change in his employment status within 72 hours.

            On December 26, 2023, the probation officer conducted an unannounced home visit at the offender's residence. At that time, the undersigned questioned Mr. Gaitan about his employment and he revealed he was terminated from his job on or about December 21, 2023. As such, Mr. Gaitan failed to notify the probation officer within 72 hours of his change in employment status, as required.

6        **Special Condition # 6:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

            **Supporting Evidence:** The offender is alleged to have violated special condition number 6, by failing to submit to urinalysis testing on December 22, and 26, 2023, and January 3, 2024.

            The probation officer received email correspondence from PHS indicating Mr. Gaitan failed to report to their facility for urinalysis testing on December 22, 2023, and January 3, 2024.

            On December 26, 2023, the probation officer instructed the offender to report to the U.S. Probation Office on that same date to submit to urinalysis testing. Mr. Gaitan failed to report to the U.S. Probation Office for urinalysis testing, as instructed.

7        **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

            **Supporting Evidence**: The offender is alleged to have violated standard condition number 5, by failing to reside at his approved residence and failing to notify the probation officer of his change in residence within 72 hours.

Prob12C  
**Re: Gaitan, Alvaro**  
**January 5, 2024**  
**Page 3**

                On January 5, 2024, the undersigned contacted the housing manager of Pura Vida, the clean and sober program where Mr. Gaitan was approved to reside, in an effort to contact the offender. At that time, the probation officer was advised that Mr. Gaitan was terminated from the housing program on or about January 2, 2024, at approximately 10am, due to a positive drug test result. Specifically, the offender tested presumptive positive for marijuana on January 2, 2024. As of this writing, Mr. Gaitan has not contacted the probation officer to advise of the change in his living arrangements.

8        **Special Condition # 6:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

                **Supporting Evidence:** The offender is alleged to have violated special condition number 6, by ingesting a controlled substance, marijuana, on or about January 2, 2024.

                As indicated in violation number 6, on January 2, 2024, Mr. Gaitan provided a urine sample at his clean and sober residence that returned presumptive positive for marijuana. When questioned by the housing manager, he admitted to ingesting said substance.

9        **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

                **Supporting Evidence**: The offender is alleged to have violated standard condition number 2, by failing to report to the U.S. Probation Office on January 4, 2024.

                On January 2, 2024, the undersigned left a voicemail for the offender instructing him to report to the U.S. Probation Office at 3 p.m., on January 4, 2024. On that same date, a text message was also sent to Mr. Gaitan with these same reporting instructions.

                On January 4, 2024, Mr. Gaitan failed to report for his scheduled appointment with the probation officer.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

                I declare under penalty of perjury that the foregoing is true and correct.

|  |  |
|---|---|
| Executed on: | January 5, 2024 |
|  | s/Lori Cross |
|  | Lori Cross<br>U.S. Probation Officer |

Prob12C
**Re: Gaitan, Alvaro**
**January 5, 2024**
Page 4

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Stanley A. Bastian*
Signature of Judicial Officer

1/8/2024
Date