PROB 12A
(6/16)

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 12, 2024

SEAN F. McAVOY, CLERK

## Report on Offender Under Supervision
*(No Action Requested)*

Name of Offender: Alvaro Gaitan                          Case Number: 0980 1:19CR02043-SAB-1

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 19, 2020              Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm,     Date Supervision Commenced: April 17, 2023
18 U.S.C. §§ 922(g)(1), 942(a)(2)

Original Sentence: Prison 37 months                     Date Supervision Expires: February 27, 2026
                  TSR - 36 months

Revocation Sentence: Prison - 30 days
(April 11, 2023)        TSR - 35 months

---

### NONCOMPLIANCE SUMMARY

On April 24, 2023, the offender's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 6, by ingesting a controlled substance, marijuana, on or about March 31, 2024. |
| | On March 31, 2024, the offender submitted a urine specimen at American Behavioral Health Systems (ABHS) that returned positive for marijuana. When questioned by the undersigned, Mr. Gaitan admitted to ingesting marijuana prior to his arrest on his federal warrant. |

**U.S. Probation Officer Action**:

On March 28, 2024, the offender was released from custody and transported to ABHS for inpatient treatment. He is currently engaged in the inpatient treatment program and his counselor informed the undersigned that he is making progress. His estimated discharge date is May 1, 2024.

Prob12A
Re: Gaitan, Alvaro
April 11, 2024
Page 2

This officer discussed the above-referenced positive drug test with the offender and he admitted to ingesting marijuana prior to his arrest on his federal warrant and he denied use after that date. ABHS advised the probation officer that they will request levels if any future urinalysis tests return positive for marijuana.

Given the above information, this officer respectfully recommends that no action be taken. Please advise the undersigned if Your Honor requires a different course of action or a court appearance by the offender, please

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: April 11, 2024

s/Lori Cross

Lori Cross
U.S. Probation Officer

[ X ]   Court Concurs with Officer Action
[ ]     Submit a Request for Modifying the Condition or Term of Supervision
[ ]     Submit a Request for Warrant or Summons
[ ]     Other

Signature of Judicial Officer

4/12/2024
Date